Robert S. Arns, State Bar No. 65071
rsa@arnslaw.com
Jonathan E. Davis, State Bar No. 191346
jed@arnslaw.com
Julie C. Erickson, State Bar No. 293111
jce@arnslaw.com
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Yael NADEL-CADAXA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCCANN WORLDGROUP, a Delaware limited liability company; MCCANN-ERICKSON WORLDWIDE, INC., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 15-cv-05471-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Filed: November 30, 2015 |

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Plaintiff Yael Nadel-Cadaxa, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court that Plaintiff voluntarily dismisses all claims and causes of action in Plaintiff's Complaint (Doc. 1). The defendants have not answered Plaintiff's Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, Plaintiff's dismissal of the above-captioned lawsuit is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order.

Respectfully submitted by:

THE ARNS LAW FIRM

By: _____
Jonathan E. Davis
Attorneys for Plaintiff